IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

JUN 22 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| DANIELLE SCHULZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | CV 20–88–M–DLC<br><br><br>ORDER |

Defendants Mountain West Farm Bureau Mutual Insurance Company and Western Farm Bureau Service Company, Inc. move for the admission of Bradley T. Cave to practice before this Court in this case with Brianne McClafferty of Holland & Hart to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendants' motion to admit Bradley T. Cave pro hac vice (Doc. 6) is GRANTED on the condition that Mr. Cave do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Cave, within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 22rd day of June, 2020.

Dana L. Christensen, District Judge
United States District Court