IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIELLE SCHULZ, <br><br> Plaintiff, <br><br> vs. <br><br> MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, WESTERN FARM BUREAU SERVICE COMPANY, INC., FARM BUREAU LIFE INSURANCE COMPANY, a subsidiary of FBL FINANCIAL GROUP, INC., ABC Corporations 1-5, and JOHN DOES 1-5, <br><br> Defendants. | CV 20–88–M–DLC <br><br><br><br> ORDER |

Before the Court is Plaintiff's Unopposed Motion to Dismiss Farm Bureau Life Insurance Company from Counts IV and V. (Doc. 32.) Plaintiff moves to dismiss Defendant Farm Bureau Life Insurance Company with prejudice from Count IV, the wrongful discharge claim, and Count V, the wrongful discharge in violation of public policy claim. (*Id.*)

IT IS ORDERED that the Motion (Doc. 32) is GRANTED. Plaintiff Farm Bureau Life Insurance Company is DISMISSED WITH PREJUDICE from Counts IV and V of the Complaint, with each party to bear its own costs.

DATED this 17th day of December, 2020.

/s/ Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court