IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIELLE SCHULZ, | CV 20–88–M–DLC |
| Plaintiff, | |
| vs. | |
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, WESTERN FARM BUREAU SERVICE COMPANY, INC., FARM BUREAU LIFE INSURANCE COMPANY, a subsidiary of FBL FINANCIAL GROUP, INC., ABC Corporations 1-5, and JOHN DOES 1-5, | ORDER |
| Defendants. | |

On February 1, 2021, this Court granted Defendants Mountain West Farm Bureau Mutual Insurance Company and Western Farm Bureau Service Company, Inc.'s Motion to Compel.  (Doc. 34.)  Pursuant to the Court's scheduling order (Doc. 25) and Federal Rule of Civil Procedure 37, the Court indicated that it would award reasonable attorneys' fees to Defendants as the prevailing party upon receipt of an affidavit detailing counsels' time spent on its motion to compel.  (Doc. 34 at 13 n.2.)  On February 9, 2021, Defendants' counsel Brianne McClafferty submitted an affidavit indicating that she and attorney Bradley Cave spent a total of 12 hours preparing Defendants' briefs and reviewing Plaintiff Danielle Schultz's response

brief.  (Doc. 35-1 at 2.)  Based on each attorneys' hourly rate, this totals $3,244.00 in attorneys' fees.  (*Id.* at 3.)

The Court has reviewed the affidavit and is convinced that the time spent on this matter and the hourly rate of each attorney is reasonable.  Accordingly,

IT IS ORDERED that Defendants, as the prevailing party, are entitled to $3,244.00, which shall be paid within 15 days of receipt of this order.

DATED this 10th day of February, 2021.

Dana L. Christensen, District Judge
United States District Court

- 2 -