IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIELLE SCHULZ, | CV 20–88–M–DLC |
| Plaintiff, | |
| vs. | |
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, WESTERN FARM BUREAU SERVICE COMPANY, INC., FARM BUREAU LIFE INSURANCE COMPANY, a subsidiary of FBL FINANCIAL GROUP, INC., ABC Corporations 1-5, and JOHN DOES 1-5, | ORDER |
| Defendants. | |

Before the Court is the parties' Unopposed Motion to Dismiss Claims Against Defendant Farm Bureau Life Insurance Company. (Doc. 41.) Plaintiff Danielle Schulz and Defendant Farm Bureau Life Insurance Company jointly move this Court for an order dismissing all claims advanced against Farm Bureau Life Insurance Company with prejudice on the basis of a settlement, with each party to bear their own costs and fees. (*Id.* at 2.) Defendants Mountain West Farm Bureau Mutual Insurance Company and Western Farm Bureau Service Company, Inc. do not object. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 41) is GRANTED.

- 1 -

IT IS FURTHER ORDERED that all claims asserted by Ms. Schulz against Farm Bureau Life Insurance Company are DISMISSED with prejudice, with each party to bear its own costs and fees.

DATED this 13th day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court