IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIELLE SCHULZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, WESTERN FARM BUREAU SERVICE COMPANY, INC., FARM BUREAU LIFE INSURANCE COMPANY, a subsidiary of FBL FINANCIAL GROUP, INC., ABC Corporations 1-5, and JOHN DOES 1-5,<br><br>    Defendants. | CV 20–88–M–DLC<br><br><br><br>ORDER |

Before the Court is the parties' Stipulation to Dismiss Claims with Prejudice. (Doc. 45.) Accordingly,

IT IS ORDERED that the Motion (Doc. 45) is GRANTED. This matter is DISMISSED with prejudice, each party to pay their own fees and costs. All pending motions are DENIED as moot.

DATED this 1st day of June, 2021.

_____
Dana L. Christensen, District Judge
United States District Court